AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

USA v. Cruz-Lopez/Ortiz-Mercd

## EXHIBIT AND WITNESS LIST

Case Number: 1:08-MJ-119/120/M

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Martin | Govt Stephen Dambruch | Jeff Pine / Kevin Fitzgerald |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8-25-08 Prelim Exam | NA | Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | W-1 | | ✓ | John Kehoe |
| 1 | | 8-25-08 | ✓ | ✓ | Criminal Complaint |
| 2 | | " | ✓ | ✓ | search warrant |
| 3 | | " | ✓ | ✓ | executed search warrant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.